Case 5:18-cv-05599-JLS Document 1 Filed 12/17/18 Page 1 of 22

# CIVIL COVER SHEET

*JLS* — 5:18-cv-5599 

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

LAVENDER TEXTILES, INC d b a. Cobalt and Coral

**(b)** County of Residence of First Listed Plaintiff    Northampton
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
The Privacy Firm PC
1701 Walnut St Ste. 70354 PO Box 37635
Philadelphia PA 19101-0635 +1 215-995-5001

## DEFENDANTS

ILIYAN DELIRADEV, DOE CORPS 1–100

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government Plaintiff

☒ 3   Federal Question
    *(U.S. Government Not a Party)*

☐ 2   U.S. Government Defendant

☐ 4   Diversity
    *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*     and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | | ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | | | ☒ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | | ☐ 371 Truth in Lending | | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 751 Family and Medical Leave Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from Another District *(specify)*    ☐ 6 Multidistrict Litigation - Transfer    ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*
15 U.S.C. § 1114

Brief description of cause:
Trademark Infringement

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P

**DEMAND $** 100,000 00

CHECK YES only if demanded in complaint
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*

JUDGE _____    DOCKET NUMBER _____

DATE    12/12/2018

SIGNATURE OF ATTORNEY OF RECORD

DEC 17 2018

### FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG JUDGE _____

JLS

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**18   5599**

DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: 4532 Briarwood Drive, Nazareth, Pennsylvania 18204

Address of Defendant: 2 Drincha Panagyurishte Pazardzhik 4500 Bulgaria

Place of Accident, Incident or Transaction: Northampton County, PA

---

*RELATED CASE, IF ANY:*

Case Number: _____   Judge _____   Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions.

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☐   No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☐   No ☑

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE 12/28/2018   *joseph bahgat 2018 12 28 09:54:02 -05'00'*   323993 (PA)
*Attorney-at-Law / Pro Se Plaintiff*   *Attorney I D # (if applicable)*

---

CIVIL: (Place a √ in one category only)

**A.   Federal Question Cases:**

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☐ 7. Civil Rights
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☑ 11. All other Federal Question Cases
*(Please specify)* _____ Trademark

**B.   Diversity Jurisdiction Cases:**

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify)* _____
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
*(Please specify)* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration)*

I, Joseph A. Bahgat, counsel of record or pro se plaintiff, do hereby certify

☐ Pursuant to Local Civil Rule 53 2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000 00 exclusive of interest and costs

☑ Relief other than monetary damages is sought.

DATE 12/28/2018   *joseph bahgat 2018.12.28 09:54:38 -05'00'*   323993 (PA)
*Attorney-at-Law / Pro Se Plaintiff*   *Attorney I D # (if applicable)*

NOTE  A trial de novo will be a trial by jury only if there has been compliance with F R C P 38

Civ 609 (5/2018)

DEC 17 2018



## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

LAVENDER TEXTILES INC.

v.

ILIYAN DELIRADEV, ET. AL.

CIVIL ACTION

**18    5599**

NO.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

### SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.    ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.    ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.    ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)    (✓)

(f) Standard Management – Cases that do not fall into any one of the other tracks.    ( )

| 12/28/2018 | | PLAINTIFF |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** |
| 215-995-5001 | 732-733-2386 | JOE@PRIVACY.LAW |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

`DEC 17 2018`



**PRIVACY**
**FIRM**

**JOSEPH A. BAHGAT**
Managing Attorney

+1 877 721 9027
joe@privacyfirm.law

1701 Walnut Street #70354
P.O. Box 37635
Philadelphia PA 19101 0635

*VIA PRIORITY MAIL EXPRESS*

13 December 2018

Clerk's Office
United States District Court
601 Market Street, Rm. 2609
Philadelphia, Pennsylvania 19106-1797

**Re:**   *Lavender Textiles, Inc. d.b.a. Cobalt and Coral v. Iliyan Deliradev, et al.*

Dear Deputy Clerk:

Enclosed for filing is a new complaint, civil cover sheet, and request for issuance of summons. Also enclosed is a compact disc containing PDF copies, and the firm's check for $400.00 to cover the filing and administrative fees. Upon opening the case please issue the summons and post to CM/ECF.

Thank you for your courtesies.

Very truly yours,

THE PRIVACY FIRM PC
*Counsel for Plaintiff*

Joseph A. Bahgat

Enclosures
CC: Etsy.com Legal Department

$400.

JLS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EASTON DIVISION

**LAVENDER TEXTILES INC.**, a
Pennsylvania Corporation *d.b.a.* Cobalt
and Coral,

         *Plaintiff;*

    *vs.*

**ILIYAN DELIRADEV; DOE
CORPS. 1–100,**

         *Defendants.*

CIV. ACTION NO.

**18      5599**

**COMPLAINT**
for Declaratory & Injunctive Relief

For its complaint against Iliyan Deliradev and Doe Corps. 1–100, plaintiff
Lavender Textiles, Inc. *d.b.a.* Cobalt and Coral alleges that:

    1.    Plaintiff is a Pennsylvania corporation that designs, markets, and distributes
designer embroidered infant apparel and accessories from its principal place of business at
4532 Briarwood Drive, Nazareth, Pennsylvania 18204, in the county of Northampton.

    2.    Upon information and belief, defendant Iliyan Deliradev owns and/or
operates an online business of unknown classification from the country of Bulgaria, and has
a business address of 2 Drincha Pañagyurishte Pazardzhik 4500.

    3.    Defendant's business model is based on copying plaintiff's designs and
selling them through online marketplaces worldwide, including in Pennsylvania, using
websites such as Etsy.com.

    4.    Upon information and belief, Doe Corps. 1–100 have also copied plaintiff's
designs and sold them through online marketplaces worldwide, including in Pennsylvania,



using websites such as Etsy.com. The real names and addresses of Doe Corps. 1–100 are unknown at this time.

## JURISDICTION & VENUE

5.      This court has personal jurisdiction over defendant because defendant consented to jurisdiction in this judicial district.

6.      Subject matter jurisdiction is proper because plaintiff is seeking relief for copyright and trademark infringement under 15 U.S.C. § 1121, 17 U.S.C. § 501, and 28 U.S.C. §§ 1331 and 1338(a).

7.      Supplemental jurisdiction over plaintiff's state law claims is proper under 28 U.S.C. § 1367(a) because these claims are so related to plaintiff's federal law claims that they form part of the same case or controversy and derive from a common nucleus of operative facts.

8.      Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b) and 1400(a) because (a) plaintiff resides in Northampton County, Pennsylvania, and/or (b) a substantial part of the events giving rise to plaintiff's claims occurred in this judicial district.

## FACTS COMMON TO ALL CLAIMS

9.      Plaintiff has many years of experience in clothing and apparel design, and opened its first online store at Etsy.com in 2012. Plaintiff's designs were so popular that they were in the top 1% of all Etsy marketplaces within the first 13 months of doing business.

10.      In 2016 plaintiff opened a second Etsy shop, Cobalt and Coral, which is dedicated to bringing to the market stylish and original baby apparel. Cobalt and Coral was even more successful than plaintiff's first shop, joining Etsy's top 1% in less than a year.

---



PRIVACY
FIRM

11.    Cobalt and Coral remains one of Etsy's most successful shops, and has over 8,000 sales of plaintiff's uniquely created baby bodysuits, outfits, and related accessories.

12.    In early 2018, plaintiff created a new design for infant "onesies"[1] that could be custom ordered with the family's surname, which were intended to be used when bringing newborn babies home from the hospital and identified the new baby as the newest member of the "team." For example, if the family's name was Miller, the onesie was embroidered with the phrase "Just Joined Team Miller."

13.    In March 2018, plaintiff began selling the design in its Etsy.com online store, and sales immediately took off; within a few weeks, plaintiff was generating six-figure revenue just from this new design.

14.    Over the next few months sales of the design continued to grow even faster, which prompted plaintiff to file an application for a U.S. Trademark registration.

15.    Plaintiff hired a trademark attorney to perform a comprehensive search and prepare the application for trademark, which was filed with the USPTO on Aug. 20, 2018. The application was assigned serial number 88084651.[2]

16.    After plaintiff filed the trademark application, they discovered defendants had copied their design exactly and was selling it online as their own creation.

17.    Plaintiff did not authorize defendants or anyone else to use, borrow, copy, or license its design.

18.    Plaintiff sent defendants a written demand to cease and desist selling unauthorized copies of plaintiff's design, and filed an infringement report with Etsy.com.

---

[1]    A one-piece bodysuit with snaps that open conveniently to allow diaper changes without removing the garment.

[2]    A true copy of the TEAS application acknowledgement is attached as Exhibit 1.



19.     As a result of filing the infringement report, Etsy removed the infringing items from defendants' online store.

20.     Defendants submitted a counter-notice to Etsy, claiming that plaintiff's notice of infringement was filed in bad faith.

21.     Under Etsy's terms of use plaintiff could lose its exclusive rights to its intellectual property unless they seek redress in a court of law.

22.     Plaintiff now brings this action against defendants, both known and unknown, for a declaration of its intellectual property rights, and for an order enjoining others from such infringing use.

## COUNT ONE

## COPYRIGHT INFRINGEMENT

23.     Plaintiff repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 22, inclusive.

24.     Plaintiff is the creator and sole owner of the "Just Joined Team" design.

25.     By copying, offering for sale, and distributing plaintiff's design without plaintiff's authorization, defendants have infringed on plaintiff's exclusive rights secured under the U.S. Copyright Act.

26.     At a minimum, defendants acted with willful blindness to and in reckless disregard of plaintiff's copyright.

27.     Defendants (a) caused, induced, or materially contributed to unauthorized copying of plaintiff's design, and had reason to know about such copying and/or (b) had the right and ability to supervise, direct, and control such unauthorized copying, and (c) derived direct financial benefit from it.



PRIVACY
FIRM

28.     As a result of their wrongful conduct, defendants are liable to plaintiff for direct copyright infringement under 17 U.S.C. § 501 et seq.

29.     Plaintiff has suffered damages, and is entitled to recover damages from defendants, which include any and all profits defendants made as a result of their wrongful conduct, under 17 U.S.C. § 504.

30.     Plaintiff is also entitled to injunctive relief under 17 U.S.C. § 502, and to an order impounding any and all infringing materials under 17 U.S.C. § 503.

31.     Plaintiff has no adequate remedy at law for defendants' wrongful conduct because, among other things, (a) plaintiff's designs are unique and valuable property, which have no readily determinable market value, (b) defendants' infringement harms plaintiff such that plaintiff cannot be made whole by any monetary award, and (c) defendants' wrongful conduct and the resulting damage to plaintiff is continuing.

32.     Plaintiff is also entitled to recover its attorneys' fees and costs of suit under 17 U.S.C. § 505.

## COUNT TWO

## TRADEMARK INFRINGEMENT

33.     Plaintiff repeats and incorporates by reference each and every allegation set forth in paragraphs 1 through 32, inclusive.

34.     Defendants' activities constitute infringement of plaintiff's trademarks in violation of the Lanham Act, including but not limited to 15 U.S.C. § 1114(1).

35.     Because plaintiff advertises, markets, and distributes its designs under the trademarks described above, these trademarks are the means by which plaintiff's goods are distinguished from related goods made by others.



PRIVACY FIRM

36.     The infringing materials that defendants have and are continuing to advertise, market, copy, offer, and/or distribute are likely to cause confusion, mistake, or deception as to their source, origin, or authenticity.

37.     Further, defendants' activities are likely to lead the public to conclude, incorrectly, that the infringing materials that defendants are advertising, marketing, copying, offering, and/or distributing originate with or are authorized by plaintiff, to the damage and harm of plaintiff, and the public.

38.     Defendants advertised, marketed, copied, offered and/or distributed infringing material with the purposes of misleading or confusing customers and the public as to the origin and authenticity of the infringing materials and of trading upon plaintiff's business reputation.

39.     Defendants had reason to know about infringement of plaintiff's trademarks, and caused, induced, or materially contributed to it.

40.     At a minimum, defendants acted with willful blindness to and in reckless disregard of plaintiff's marks.

41.     As a result of their wrongful conduct, defendants are liable to plaintiff for trademark infringement under 15 U.S.C. § 1114(1).

42.     Plaintiff has suffered damages, which plaintiff is entitled to recover from defendants, including any and all profits defendants have made as a result of their wrongful conduct under 15 U.S.C. § 1117(a).

43.     In addition, because of defendants' infringement of plaintiff's trademarks as described above, the award of actual damages and profits should be trebled pursuant to 15 U.S.C. §1117(b).

44.     Plaintiff is also entitled to injunctive relief under 15 U.S.C. § 1116(a) and to an order compelling the impounding of all infringing materials advertised, marketed, copied,



offered, and/or distributed by defendants, under 15 U.S.C. § 1116(a) and (d)(1)(A). Plaintiff has no adequate remedy at law for defendants' wrongful conduct because, among other things, (a) plaintiff's trademarks are unique and valuable property that have no readily determinable market value, (b) defendants' infringement constitutes harm to plaintiff such that plaintiff could not be made whole by any monetary award, (c) if defendants' wrongful conduct is allowed to continue, the public is likely to become further confused, mistaken, or deceived as to the source, origin, or authenticity of the infringing materials, and (d) defendants' wrongful conduct and the resulting damage to Plaintiff is continuing.

45.     Plaintiff is also entitled to recover its attorneys' fees and costs of suit under 15 U.S.C. § 1117.

## COUNT THREE

### FALSE DESIGNATION OF ORIGIN, DESCRIPTION & REPRESENTATION

46.     Plaintiff repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 45, inclusive.

47.     Because plaintiff advertises, markets, and distributes its designs under the trademarks described above, these trademarks are the means by which plaintiff's goods are distinguished from the similar goods by other producers.

48.     Defendants' wrongful conduct includes the use of plaintiff's marks, and/or imitation of it visual designs, making them virtually indistinguishable from plaintiff's goods.

49.     Defendants engaged in such wrongful conduct with the purpose of misleading or confusing customers and the public as to the origin and authenticity of the goods and services advertised, marketed, copied, offered, and/or distributed in connection



with plaintiff's marks, name, and imitation visual designs, and of trading upon plaintiff's goodwill and business reputation.

50.    Defendants' conduct constitutes (a) false designation of origin, (b) false or misleading description, and (c) false or misleading representation that the imitation visual images originate from or are authorized by plaintiff, all in violation of Lanham Act § 43(a), codified at 15 U.S.C. § 1125(a).

51.    Defendants' wrongful conduct is likely to continue unless restrained and enjoined.

52.    As a result of defendants' wrongful conduct, plaintiff has suffered and will continue to suffer damages.

53.    Plaintiff is entitled to injunctive relief and to an order compelling the impounding of all imitation marks and visual designs being used, advertised, marketed, copied, offered, and/or distributed by defendants.

54.    Plaintiff has no adequate remedy at law for defendants' wrongful conduct because, among other things, (a) plaintiff's marks, name, and visual designs are unique and valuable property that have no readily-determinable market value, (b) defendants' advertising, marketing, copying, and/or distribution of imitation visual designs constitutes harm to plaintiff such that plaintiff could not be made whole by any monetary award, and (c) defendants' wrongful conduct and the resulting damage to plaintiff are continuing.

## COUNT FOUR

### UNFAIR COMPETITION

55.    Plaintiff repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 54, inclusive.



56.     The acts and conduct of defendants as alleged above in this complaint constitute unfair competition under to the common law of the commonwealth of Pennsylvania.

57.     The acts and conduct of defendants are likely to cause confusion and mistake among customers and the public as to the origin or association of defendants' infringing copies of plaintiff's designs.

58.     These acts and conduct are likely to lead the public to conclude, incorrectly, that the infringing goods copied, distributed, solicited for distribution, offered, advertised, and marketed by defendants originate with, are sponsored by, or are authorized by plaintiff, to the damage and harm of plaintiff, and the public.

59.     Defendants' conduct as alleged above has damaged plaintiff and resulted in an illicit gain of profit to defendants in an amount that is unknown at the present time.

## COUNT FIVE

### FOR CONSTRUCTIVE TRUST UPON ILLEGAL PROFITS

60.     Plaintiff repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 59, inclusive.

61.     Defendants' conduct constitutes deceptive and wrongful conduct in the nature of passing off the infringing materials as plaintiff's genuine designs or designs that were approved or authorized by plaintiff.

62.     By virtue of defendants' wrongful conduct, defendants have illegally received money and profits that rightfully belong to plaintiff.

63.     Upon information and belief, defendants hold the illegally received money and profits in the form of bank accounts, real property, or personal property that can be located and traced.



PRIVACY
FIRM

64.     Defendants hold the money and profits they have illegally received as constructive trustees for the benefit of plaintiff.

## COUNT SIX

## ACCOUNTING

65.     Plaintiff repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 64, inclusive.

66.     Under 17 U.S.C. § 504 and 15 U.S.C. § 1117 plaintiff is entitled to recover any and all profits of defendants that are attributable to their acts of infringement.

67.     Under 17 U.S.C. § 504 and 15 U.S.C. § 1117 plaintiff is entitled to actual damages sustained by virtue of defendants' acts of infringement.

68.     The amount of money due from defendants to plaintiff is unknown at this time and cannot be ascertained without a detailed accounting of the precise number of units of infringing material defendants advertised, marketed, copied, offered, and/or distributed for sale.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff respectfully requests judgment against defendants as follows:

a)  For declaratory relief, declaring that defendants:

1.  willfully infringed upon plaintiff's copyrights, in violation of 17 U.S.C. § 501;

2.  willfully infringed upon plaintiff's trademarks, in violation of 15 U.S.C. § 1114;

3.  committed and are committing acts of false designation of origin, false or misleading description of fact, and false or misleading representation



PRIVACY
FIRM

against plaintiff, in violation of 15 U.S.C. § 1125(a);

    4. engaged in unfair competition in violation of Pennsylvania common law; and

    5. otherwise injured the business reputation and business of plaintiff by the acts and conduct set forth in this complaint.

b) For injunctive relief against defendants, and that defendants, their officers, agents, servants, employees, and all others in active concert or participation with defendants, be enjoined and restrained from:

    1. imitating, copying, or making any other infringing use or infringing distribution of plaintiff's original designs and/or goods;

    2. engaging in any other activity constituting an infringement of any of plaintiff's trademarks, and/or copyrights, or of plaintiff's rights in, or right to use or to exploit these trademarks, and/or copyrights; and

    3. assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities described above.

c) Entry of an order under 15 U.S.C. § 1116(a)(d)(1)(A) and 17 U.S.C. § 503 impounding all counterfeit and infringing copies of plaintiff's designs and/or goods bearing any of plaintiff's trademarks or copyrighted material, and any related items, including business records, which are in defendants' possession or under their control;

d) Entry of an order requiring that defendants hold in trust, as constructive trustees for the benefit of plaintiff, their illegal profits obtained from the distribution of counterfeit and infringing copies of plaintiff's designs, and requiring defendants to provide plaintiff a full and complete accounting of all sales related to goods bearing plaintiff's designs and/or other intellectual property;



e) For treble damages under 15 U.S.C. § 1117(a) and/or (b);

f) For treble the amount of defendants' profits for violation of Pennsylvania common law unfair competition;

g)  For the costs of this action and the reasonable attorneys' fees incurred by plaintiff in prosecuting this action; and

h) For any other relief as the court deems just and proper.

Respectfully submitted,

THE PRIVACY FIRM PC
*Counsel for Plaintiff*

By: _____

Joseph A. Bangat
1701 Walnut Street Ste. 70354
P.O. Box 37635
Philadelphia PA 19101-0635
+1 215 995-5001
joe@privacyfirm.law

Dated: 12-Dec-2018

PRIVACY
FIRM

# EXHIBIT 1

 **PRIVACY** FIRM

Joseph Bahgat <joe@privacyfirm.law>

---

## Serial number 88084651: Received Your Trademark/Service Mark Application, Principal Register
1 message

---

**TEAS@uspto.gov** <TEAS@uspto gov>
To joe@privacyfirm law

Mon, Aug 20, 2018 at 12 49 PM

---

**Filing Receipt for Trademark/Service Mark Application for Registration**
**on the Principal Register**
**and Next Steps in the Application Process**

Thank you for submitting your trademark application to the U S Patent and Trademark Office (USPTO) This filing receipt confirms your mark and serial number, describes next steps in the application process, and includes the information submitted in your application Please read this receipt carefully and keep a copy for your records

For an overview of important things to know after filing your application, visit our website to read the After You File page and watch video number 9 "After You File "

**1. Your mark.** JUST JOINED TEAM {SURNAME} (Standard Characters, mark jpg)
The literal element of the mark consists of JUST JOINED TEAM {SURNAME} The mark consists of standard characters, without claim to any particular font style, size, or color

**2. Your serial number.** Your application was assigned serial number '88084651' You must refer to your serial number in all communications about your application

**3. What happens next—legal examination.** Your mark will not be registered automatically In approximately three months, your application will be assigned to a USPTO examining attorney for review The attorney will determine if your application meets all applicable legal requirements, and if it doesn't you will be notified in an email with a link to the official Office action (official letter from the USPTO) Visit our website for an explanation of application process timelines

If your mark includes a design element, we will assign it one or more design search codes We will notify you of these codes within the next few weeks and you can suggest that we add or delete a design search code from your file

**4. Keep your addresses current in USPTO records.** We do not extend filing deadlines if you do not receive USPTO mail or email If your postal address or email address changes, you must update the correspondence or owner's address using the address forms on our website

**5. Check your application status in our database every three to four months.** To be sure that you don't miss an important email from us, and to avoid the possible abandonment of your application, check your application status and review your documents in our database, Trademark Status and Document Retrieval (TSDR) every three to four months

**6. Warning about private companies offering trademark-related services.** Private companies may send you communications that resemble official USPTO communications These private companies are not associated with the USPTO All official correspondence will be from the "United States Patent and Trademark Office" in Alexandria, Virginia, and from emails with the domain "uspto gov " If you are unsure about whether the correspondence is from us check your records in our database, TSDR Visit our website for more information on trademark-related communications that may resemble official USPTO communications

**7. Questions?** Please visit our website email us, or call us at   1-800-786-9199 and select option 1

**8.  Application data.** If you find an error in the data below, visit the After You File page on our website for information on correcting errors

**The information submitted in the application appears below:**

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number
PTO Form 1478 (Rev 09/2006)

OMB No 0651-0009 (Exp 02/28/2021)

Trademark/Service Mark Application, Principal Register
**TEAS Plus Application**
*NOTE: Data fields with the * are mandatory The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application*

The table below presents the data as entered

| Input Field | Entered |
|---|---|
| **TEAS Plus** | YES |
| **MARK INFORMATION** | |
| **\*MARK** | mark jpg |
| **\*STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | JUST JOINED TEAM {SURNAME} |
| **\*MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | Lavender Textiles, Inc. |
| **\*STREET** | 4532 Briarwood Dr |
| **\*CITY** | Nazareth |
| **\*STATE** (Required for U.S. applicants) | Pennsylvania |

| Input Field | Entered |
|---|---|
| *COUNTRY | United States |
| *ZIP/POSTAL CODE<br>(Required for U.S. and certain international addresses) | 18064 |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| * STATE/COUNTRY OF INCORPORATION | Pennsylvania |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 024 |
| *IDENTIFICATION | Baby bedding  namely, bundle bags, swaddling blankets, crib bumpers, fitted crib sheets, crib skirts  crib blankets, and diaper changing pad covers not of paper |
| *FILING BASIS | SECTION 1(b) |
| *INTERNATIONAL CLASS | 025 |
| *IDENTIFICATION | Children's and infant's apparel, namely, jumpers, overall sleepwear, pajamas, rompers and one-piece garments |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 03/31/2018 |
| FIRST USE IN COMMERCE DATE | At least as early as 03/31/2018 |
| SPECIMEN<br>FILE NAME(S) | SPE0-100194164-2018082012 1514028665_ _just_joined_ team_-_spec_1 jpg |
| | SPE0-100194164-2018082012 1514028665_ _just_joined_ team_-_spec_2 jpg |
| | SPE0-100194164-2018082012 1514028665_ _just_joined_ team_-_spec_3 jpg |
| SPECIMEN DESCRIPTION | First specimen depicts a finished product using the common surname "Wilson", the second specimen shows the product with placeholder text where the surname is to be printed  the third specimen shows the mark without/before any personalization |
| **ADDITIONAL STATEMENTS INFORMATION** | |
| *TRANSLATION<br>(if applicable) | |
| *TRANSLITERATION<br>(if applicable) | |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |
| **ATTORNEY INFORMATION** | |
| NAME | Joseph Bahgat |
| FIRM NAME | The Privacy Firm PC |
| STREET | P O  Box 37635 #70354 |
| CITY | Philadelphia |
| STATE | Pennsylvania |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 19101-0635 |
| PHONE | 877-721-9027 x110 |
| FAX | 732-733-2386 |
| EMAIL ADDRESS | joe@privacyfirm law |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **CORRESPONDENCE INFORMATION** | |
| *NAME | Joseph Bahgat |
| FIRM NAME | The Privacy Firm PC |
| *STREET | P O  Box 37635 #70354 |
| *CITY | Philadelphia |
| *STATE<br>(Required for U.S. addresses) | Pennsylvania |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 19101-0635 |
| PHONE | 877-721-9027 x110 |

| Input Field | Entered |
|---|---|
| FAX | 732-733-2386 |
| *EMAIL ADDRESS | joe@privacyfirm.law |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 2 |
| APPLICATION FOR REGISTRATION PER CLASS | 225 |
| *TOTAL FEES DUE | 450 |
| *TOTAL FEES PAID | 450 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /Joseph A  Bahgat/ |
| * SIGNATORY'S NAME | Joseph A  Bahgat |
| * SIGNATORY'S POSITION | Attorney of Record, Member PA/NY/OH Bars |
| SIGNATORY'S PHONE NUMBER | 877-721-9027 x110 |
| * DATE SIGNED | 08/20/2018 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number
PTO Form 1478 (Rev 09/2006)
OMB No 0651-0009 (Exp 02/28/2021)

### Trademark/Service Mark Application, Principal Register

### TEAS Plus Application

Serial Number: 88084651
Filing Date: 08/20/2018

## To the Commissioner for Trademarks:

The applicant, Lavender Textiles, Inc  a corporation of Pennsylvania, having an address of
   4532 Briarwood Dr
   Nazareth, Pennsylvania 18064
   United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U S C  Section 1051 et seq )  as amended, for the following

International Class 024  Baby bedding  namely, bundle bags  swaddling blankets, crib bumpers  fitted crib sheets, crib skirts, crib blankets, and diaper changing pad covers not of paper
Intent to Use  The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services  (15 U S C  Section 1051(b))

International Class 025  Children's and infant's apparel, namely, jumpers, overall sleepwear, pajamas, rompers and one-piece garments

Use in Commerce  The applicant is using the mark in commerce on or in connection with the identified goods/services  The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark  The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark

In International Class 025, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 03/31/2018, and first used in commerce at least as early as 03/31/2018  and is now in use in such commerce  The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services  consisting of a(n) First specimen depicts a finished product using the common surname "Wilson", the second specimen shows the product with placeholder text where the surname is to be printed, the third specimen shows the mark without/before any personalization
Specimen-1 [SPE0-100194164-20180820121514028665_ _just_joined_team_-_spec_1 jpg ]
Specimen-2 [SPE0-100194164-20180820121514028665_ _just_joined_team_-_spec_2 jpg ]
Specimen-3 [SPE0-100194164-20180820121514028665_ _just_joined_team_-_spec_3 jpg ]

The applicant's current Attorney Information
   Joseph Bahgat of The Privacy Firm PC    P O  Box 37635 #70354
   Philadelphia, Pennsylvania 19101-0635
   United States
     877-721-9027 x110(phone)
     732-733-2386(fax)
   joe@privacyfirm law (authorized)

The applicant's current Correspondence Information
   Joseph Bahgat
   The Privacy Firm PC
   P O  Box 37635 #70354
   Philadelphia, Pennsylvania 19101-0635
     877-721-9027 x110(phone)
     732-733-2386(fax)
   joe@privacyfirm law (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application  I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS)  Failure to do so will result in the loss of TEAS Plus status and a requirement to submit an additional processing fee of $125 per international class of goods/services

A fee payment in the amount of $450 has been submitted with the application, representing payment for 2 class(es)

### Declaration

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a).**

   - The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered,
   - The mark is in use in commerce on or in connection with the goods/services in the application,
   - ' The specimen(s) shows the mark as used on or in connection with the goods/services in the application, and
   - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate

**AND/OR**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

   - The signatory believes that the applicant is entitled to use the mark in commerce,
   - The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application, and
   - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate

✓   To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive

✓   To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances the allegations and other factual contentions made above have evidentiary support

✓   The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U S C § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true

**Declaration Signature**

Signature /Joseph A Bahgat/   Date 08/20/2018
Signatory's Name  Joseph A Bahgat
Signatory's Position  Attorney of Record  Member PA/NY/OH Bars
Signatory's Phone Number     877-721-9027 x110

Thank you

The TEAS support team
Mon Aug 20 12 49 43 EDT 2018
STAMP  USPTO/FTK-100 1 94 164-20180820124943522502-88084651-6106067fdd5f3c880544b20979b22a71366411a8ae564b729f49370d359f7f62bd9-CC-5297-20180820121514028665